UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-81533-BLOOM/Valle

GALE VALERIE ABRAMS,

    Plaintiff,

v.

BENZ, LLC,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Entry of Judgment After Default, ECF No. [16] (the "Motion"), filed on January 4, 2019. For the reasons given in the Court's Order on the Motion, the Court grants the Motion, and enters a final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiff and against Defendant Benz, LLC. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Default Final Judgment is entered in favor of Plaintiff, GALE VALERIE ABRAMS, and against Defendant, BENZ, LLC, in the form of injunctive relief and attorney's fees.

2. Defendant has violated the Americas With Disabilities Act ("ADA"). On or before March 4, 2019, Defendant shall bring its place of public accommodation into compliance with the Americans With Disabilities Act, namely the website located at https://www.berneyflybedandbreakfast.com/ by taking the following actions:

    (i) Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

Case No. 18-cv-81533-BLOOM/Valle

> (ii) Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;
>
> (iii) Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;
>
> (iv) Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest rooms requested are blocked and removed from all reservations systems; and
>
> (v) Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others.

3. Defendant must pay reasonable attorney's fees in the amount of $4,518.00, and $560.00 in costs, for a total judgment of $6,078.00, for which execution shall issue. Interest shall accrue at the rate determined by law.
4. The Clerk of Court is directed to **CLOSE** this case.
5. To the extent not otherwise disposed of, any pending motions are **DENIED** as moot and all pending deadlines are **TERMINATED**.
6. The Court retains jurisdiction to enforce this Final Default Judgment.

Case No. 18-cv-81533-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

BENZ, LLC.
1118 Government Street
Mobile, FL 36604